# In the United States Court of Federal Claims

**No. 07-548 T**

**BRUCE W. CALDWELL AND SUSAN CALDWELL,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed April 16, 2008, denying plaintiffs' motion for summary judgment, and granting the motions of the United States,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that all claims by the plaintiffs are dismissed for lack of jurisdiction.

John S. Buckley
Acting Clerk of Court

**April 18, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.